# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **A&M Smart Investments, LLC** |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 2 3 2 5 7 2 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2410 Windbrooke Court**  Number   Street | Number   Street |
| **Shreveport, LA 71118**  City   State   ZIP Code | City   State   ZIP Code |
| **Caddo**  County | **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **A&M Smart Investments, LLC**   Case number *(if known)* _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When __/__/____ Case number _____
        District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When __/__/____
        Case number, if known _____

Debtor   **A&M Smart Investments, LLC**                                    Case number *(if known)* _____
         Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                                Number    Street<br>_____<br>City                                            State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>             Contact name    _____<br>             Phone           _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
|---|---|---|---|
| 14. Estimated number of creditors | ☑ 1-49   ☐ 50-99<br>☐ 100-199 ☐ 200-999 | ☐ 1,000-5,000   ☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                         page **3**
          25-10791 - #1   File 07/21/25   Enter 07/21/25 15:02:40   Main Document   Pg 3 of 11

Debtor  **A&M Smart Investments, LLC**                        Case number *(if known)* _____
     Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/21/2025**
           MM/ DD/ YYYY

X **/s/ Alphonso Williams**                                  **Alphonso Williams**
Signature of authorized representative of debtor                 Printed name

Title  **Member**

**18. Signature of attorney**

X **/s/ Conner L. Dillon**            Date **07/21/2025**
Signature of attorney for debtor             MM/ DD/ YYYY

**Conner L. Dillon**
Printed name

**Gold, Weems, Bruser, Sues & Rundell, A PLC**
Firm name

**Post Office Box 6118**
Number   Street

**Alexandria**                          **LA**           **71307-6118**
City                                    State           ZIP Code

_____                 **cdillon@goldweems.com**
Contact phone                           Email address

**39864**                               **LA**
Bar number                              State

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page **4**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Louisiana

**In re**   A&M Smart Investments, LLC

Case No. _____

**Debtor**

Chapter ____**11**____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................. **$16,738.00**

   Prior to the filing of this statement I have received ................................................................. **$1,738.00**

   Balance Due ............................................................................................................................. **$15,000.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☑ Other (specify)   **A. Williams Enterprises, LLC**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. NOTE: ATTORNEY COMPENSATION INCLUDES FILING FEE OF $1,738.00.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **07/21/2025** | **/s/ Conner L. Dillon** |
|---|---|
| *Date* | Conner L. Dillon |
| | *Signature of Attorney* |

Bar Number: 39864
Gold, Weems, Bruser, Sues & Rundell, A PLC
Post Office Box 6118
Alexandria, LA 71307-6118
Phone: (318) 445-6471
Fax: (318) 445-6476

**Gold, Weems, Bruser, Sues & Rundell, A PLC**
*Name of law firm*

Page 2 of 2

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

IN RE:                                                                       CHAPTER **11**

**A&M Smart Investments, LLC**

DEBTOR(S)                                                 CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Member** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **07/21/2025**                         Signature: **/s/ Alphonso Williams**
                                                                          *Alphonso Williams, Member*

**United States Bankruptcy Court**
**Western District of Louisiana**

In re  **A&M Smart Investments, LLC**                              Case No.  _____

                                    Debtor(s)              Chapter         **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **A&M Smart Investments, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

| | |
|---|---|
| **07/21/2025** | **/s/ Conner L. Dillon** |
| Date | **Conner L. Dillon** |
| | Signature of Attorney or Litigant |
| | Counsel for **A&M Smart Investments, LLC** |
| | **Bar Number: 39864** |
| | **Gold, Weems, Bruser, Sues & Rundell, A PLC** |
| | **Post Office Box 6118** |
| | **Alexandria, LA 71307-6118** |
| | **Phone: (318) 445-6471** |
| | **Fax: (318) 445-6476** |
| | **Email: cdillon@goldweems.com** |

1

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/21/2025**
MM/ DD/ YYYY

X **/s/ Alphonso Williams**
Signature of individual signing on behalf of debtor

**Alphonso Williams**
Printed name

**Member**
Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: **A&M Smart Investments, LLC**  CASE NO

 CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **07/21/2025** Signature **/s/ Alphonso Williams**
 Alphonso Williams, Member

American Builders&Contract Supl.Co.,Inc.
6505 St. Vincent Avenue
Shreveport, LA 71106

ANECA
2650 Benton Rd.
Bossier City, LA 71111

Bonvenu
POB 6266
Bossier City, LA 71171

Bossier Remodeling Company, LLC
2117 Shed Rd., Ste A
Bossier City, LA 71111

Citizen's Bank and Trust
120 W. Arkansas Ave.
Vivian, LA 71082

Citizen's Bank and Trust
1543 Alma Street
Shreveport, LA 71108

Payne Mechanical Services, Inc.
7223 W Bert Kouns Industrial Loop
Shreveport, LA 71129

Progressive National Bank
648 East Kings
Shreveport, LA 71105